**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GESUCLAIS BRUTUS,**

    **Plaintiff,**

v.                                    Case No.  8:05-cv-1293-T-30TBM

**ALLSTATE INSURANCE COMPANY,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's most recent filing, which consists of Mr. Brutus' hand written request for permission to file a complaint. The Court construes Mr. Brutus' filing as a motion for leave to file a complaint. As the Court noted in its August 1, 2005, Order, United States District Judge Patricia Fawsett has banned Mr. Brutus from filing any additional lawsuits in the Middle District of Florida without first seeking permission from United States District Judge Gregory A. Presnell. Mr. Brutus must file any request for permission in the form prescribed by Exhibit A attached to Judge Fawsett's August 4, 2005 Order (Dkt. # 2) in case number 6:05-mc-98-PCF, and the request must be filed in the Orlando Division of this Court. Because Mr. Brutus' motion fails to comply with these requirements, it is denied.

It is therefore ORDERED AND ADJUDGED that:

1.     Plaintiff's motion for leave to file a complaint is DENIED.

2. The Clerk is directed to return the motion to Mr. Brutus.

3. Mr. Brutus' continued failure to comply with Judge Fawsett's Order may result in sanctions being imposed against him, including but not limited to being held in contempt of Court which can result in a fine and incarceration.

**DONE** and **ORDERED** in Tampa, Florida on August 11, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1293.strike mot leave.wpd