## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GESUCLAIS BRUTUS,**

    **Plaintiff,**

v.                                         Case No.  8:05-cv-1293-T-30TBM

**ALLSTATE INSURANCE COMPANY,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon:

1.  Defendant Stonebridge Life Insurance Company's Motion to Dismiss Complaint, Motion to Enjoin Further Filings (Dkt. #17); and

2.  Supplement Motion to Defendant Stonebridge Life Insurance Company's Motion to Dismiss (Dkt. #18).

A review of the file indicates that this case was dismissed in its entirety via an Order (Dkt. #13) entered on August 11, 2005.  It is therefore

ORDERED AND ADJUDGED that:

1.  Defendant Stonebridge Life Insurance Company's Motion to Dismiss Complaint, Motion to Enjoin Further Filings (Dkt. #17) is DENIED as moot.

2.  Supplement Motion to Defendant, Stonebridge Life Insurance Company's Motion to Dismiss (Dkt. #18) is DENIED as moot.

3. The Clerk is ordered to dismiss this case as to all Defendants and CLOSE this case in its entirety.

**DONE** and **ORDERED** in Tampa, Florida on September 7, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1293.dismiss order.wpd