UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GESUCLAIS BRUTUS,**

    Plaintiff,

v.                                    Case No.  8:05-cv-1293-T-30TBM

**ALLSTATE INSURANCE COMPANY,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's most recent filing of October 3, 2005.  As the Court noted in both its August 1 and August 11, 2005 Orders, United States District Judge Patricia Fawsett has banned Mr. Brutus from filing any additional lawsuits in the Middle District of Florida without first seeking permission from United States District Judge Gregory A. Presnell.  Once again, Plaintiff has failed to comply with Judge Fawsett's Order.  The Clerk is directed to return the pleading to Plaintiff.  Plaintiff is reminded that his continued failure to comply with Judge Fawsett's Order may result  in sanctions being imposed against him, including but not limited to being held in contempt of Court which can result in a fine and incarceration.

    **DONE** and **ORDERED** in Tampa, Florida on October 12, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1293 Motion to Dismiss2.wpd